**KEVIN E. DEENIHAN, SBN 260391**
kdeenihan@rdm.law
**THE RASMUSSEN LAW FIRM, L.L.P.**
5901 West Century Boulevard, Suite 828
Los Angeles, California 90045
Telephone: (424) 227-9315
Facsimile: (310) 641-2947

**JOHN DOROGHAZI (pro hac vice)**
jdoroghazi@wiggin.com
**WIGGIN AND DANA, LLP**
265 Church Street
New Haven, Connecticut 06510
Telephone: (203) 498-4421
Facsimile: (203) 782-2889

Attorneys for Defendant
**OPTINOVA AMERICAS, INC.,**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUTHER NEEDLESAFE PRODUCTS, LLC, a Nevada LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**OPTINOVA AMERICAS, INC., a Connecticut corporation; and DOES 1-25.**,<br><br>Defendants. | CASE NO.: **8:21−cv−01466 DOC (DFMx)**<br><br>District Judge:<br>David O. Carter<br>Magistrate Judge:<br>Douglas F. McCormick<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:    August 4, 2021 |

1
**JOINT NOTICE OF SETTLEMENT**

1    Plaintiffs Luther Needlesafe Products, LLC and Defendant Optinova Americas Inc. (collectively, "The Parties") by and through counsel hereby jointly give the Court notice that they have reached a settlement in this matter. The Parties are currently drafting a formal settlement agreement for the Parties' signature.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates, including the Scheduling Conference set for March 1, 2022, with the expectation that the settlement will be consummated within sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

Dated: February 23, 2022                    Defendant Optinova Americas, Inc.


/s/ Kevin E. Deenihan
Kevin E. Deenihan
Counsel for Defendant


Dated: February 23, 2022                    Plaintiff Luther Needlesafe Products, LLC


/s/ Farshad Ghodoosi
Farshad Ghodoosi
Counsel for Plaintiff

**KEVIN E. DEENIHAN, SBN 260391**
kdeenihan@rdm.law
**THE RASMUSSEN LAW FIRM, L.L.P.**
5901 West Century Boulevard, Suite 828
Los Angeles, California 90045
Telephone: (424) 227-9315
Facsimile: (310) 641-2947

**JOHN DOROGHAZI (pro hac vice)**
jdoroghazi@wiggin.com
**WIGGIN AND DANA, LLP**
265 Church Street
New Haven, Connecticut 06510
Telephone: (203) 498-4421
Facsimile: (203) 782-2889

Attorneys for Defendant
**OPTINOVA AMERICAS, INC.,**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUTHER NEEDLESAFE PRODUCTS, LLC, a Nevada LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**OPTINOVA AMERICAS, INC., a Connecticut corporation; and DOES 1-25.,**<br><br>**Defendants.** | CASE NO.: **8:21−cv−01466 DOC (DFMx)**<br><br>District Judge:<br>David O. Carter<br>Magistrate Judge:<br>Douglas F. McCormick<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed: August 4, 2021 |

# CERTIFICATE OF SERVICE

**LUTHER NEEDLESAFE PRODUCTS, LLC, a Nevada LLC;**

**vs.**

**OPTINOVA AMERICAS, INC., a Connecticut corporation; and DOES 1-25;**

**Case No. 8:21−cv−01466 DOC (DFMx)**

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen (18) years, and not a party to the within action. I am an employee of The Rasmussen Law Firm, L.L.P., and my business address is 5901West Century Blvd. Suite 828 Los Angeles, CA 90045. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On the date below, I caused to be served the following document (s):

**JOINT NOTICE OF SETTLEMENT**

on the involved parties addressed as follows:

X   ELECTRONICALLY VIA ECF: I caused the above-entitled document(s) to be served electronically through the United States District Court, Central District of California ECF website, addressed to all parties appearing on the Court's ECF service list, pursuant to FRCP Rule 5(b)(2)(E), (b)(3).

I declare under penalty of perjury that the above is true and correct.
Executed on February 23, 2022, at Torrance, California.

_____/S/*Kevin E. Deenihan*_____
Kevin E. Deenihan
kdeenihan@rdm.law