Anthony L. Lanza, Bar No. 156703
Farshad Ghodoosi, Bar No. 338017
LANZA & SMITH, PLC
3 Park Plaza, Suite 1650
Irvine, California 92614-8540
Telephone (949) 221-0490
Facsimile (949) 221-0027

Attorneys for Plaintiff and Counter-Defendant
Luther Needlesafe Products, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTHER NEEDLESAFE PRODUCTS, LLC, a Nevada LLC,<br><br>Plaintiff,<br><br>vs.<br><br>OPTINOVA AMERICAS, INC., a Connecticut corporation; and DOES 1 through 25,<br><br>Defendants.<br>_____<br><br>And Counterclaim.<br>_____ | CASE NO: 8:21-cv-01466-DOC (DFMx)<br><br>Honorable David O. Carter<br><br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>*See* **FRCP Rule 41(a)(1)(ii)**<br><br><br>Complaint Filed: August 4, 2021 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, Luther Needlesafe Products, LLC and Defendant Optinova Americas, Inc., by and through their respective counsel

1
JOINT MOTION TO DISMISS

of record hereby file this stipulation to dismiss the entire action, including all parties and all causes of action, with prejudice.

Dated: March 22, 2022

By:  */s/Farshad Ghodoosi*
Farshad Ghodoosi
Anthony L. Lanza
Attorneys for Plaintiff
LANZA & SMITH
Luther Needlesafe Products, LLC

Dated: March 22, 2022

By:  */s/ Kevin E. Deenihan*
Kevin E. Deenihan
John M. Doroghazi
Attorneys for Defendant

## SIGNATURE CERTIFICATION

Pursuant to Section 5-4.3.4(a)(2)(i) of the local rules for United States District Court for the Central District of California, I certify that the content of this document is acceptable to Opposing Counsel and that I have obtained authorization from the Opposing Counsel to affix his electronic signature to this document.

March 22, 2022                    */s/ Farshad Ghodoosi*

Farshad Ghodoosi
LANZA & SMITH
Attorney for Plaintiff
Luther Needlesafe Products, LLC

25307\1\4881-7561-6279.v1

2

JOINT MOTION TO DISMISS

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

*Luther Needlesafe Products, LLC v. Optinova Americas, Inc.*
USDC Case No.: 8:21-cv-01466-DOC-DFM

I am a citizen of the United States, over the age of 18 years, and employed in the County of Orange, California. I am not a party to the within action. My business address is 3 Park Plaza, Suite 1650, Irvine, CA, 92614.

On **March 22, 2022**, I served the following documents: **STIPLUATION TO DISMISS WITH PREJUDICE**, on the interested parties in this action as follows:

John Doroghazi, Esq.                        *Counsel for Defendant Optinova*
One Century Tower                           *America, Inc.*
265 Church Street
New Haven, Connecticut 06510
JDoroghazi@wiggin.com

                                            *Counsel for Defendant Optinova*
                                            *America, Inc.*
Kevin E. Deenihan, Esq.
The Rasmussen Law Firm, L.L.P.
5901 West Century Blvd., Suite 828
Los Angeles, CA 90045
kdeenihan@rdm.law

  __X__   **BY CM/ECF E-MAIL:** Through use of the Federal CM/EFC electronic filing system, I caused a courtesy copy of the above documents to be served by e-mail to the above offices of the addressee(s).

  __X__   **BY E-MAIL**: I caused the above documents to be served by e-mail to the offices of the addressee(s).

I hereby certify that I am employed in the office of a member of the Bar of this Court, Central District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed **March 22, 2022,** at Irvine, California.

*/s/Tu Nguyen*
Tu Nguyen

PROOF OF SERVICE